IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 07-cv-00979-RPM-MEH          Date: February 7, 2008
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom C203**

KINGVISION PAY-PER-VIEW, LTD.,                Douglas D. Koktavy

    Plaintiff,

vs.

ELVIRA GUTIERREZ and                          (No appearance)
FRANCISCA DIAZ, individually and              (No appearance)
d/b/a Angel's Taqueria,
d/b/a 3 Hermanos Restaurant,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

### MOTION HEARING: UNOPPOSED MOTION FOR DEFAULT JUDGMENT

**Court in session:** 2:34 p.m.

Court calls case. Appearance of counsel for Plaintiff. Present by telephone: Tom Riley, Attorney and Client Representative for Plaintiff.

Mr. Koktavy states his efforts to serve former Defendant Valles-Salcedo, the subsequent voluntary dismissal of Defendant Valles-Salcedo, and his contact with Defendants Gutierrez and Diaz.

The Court questions Mr. Riley as to the formal name of the business partnership. Mr. Riley will fax documents relating to the partnership to the Court immediately.

Court in recess:   2:38 p.m.

Court in sessoin:  2:39 p.m.

The Court receives the document faxed by Mr. Riley.

The Court and Mr. Koktavy question Mr. Riley regarding a basis for the default judgment.

The Court will go off the record while Mr. Riley attempts to locate a "rate card."

Court in recess:     2:58 p.m.

Court in session:    2:59 p.m.

Mr. Riley states that he is unable to locate a "rate card" at this time.

Mr. Koktavy is directed to submit the documents regarding the business partnership electronically to CM/ECF as a supplement to today's hearing.

Mr. Koktavy is further directed to submit an Affidavit of Attorney's Fees to the Court by **February 11, 2008.**

The Court takes the Unopposed Motion for Default Judgment (Doc. #18, filed 1/24/08) under advisement.

**Court in recess:     3:02 p.m.  (Hearing concluded)**
**Total time in court:**  0:26