IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00979-RPM-MEH

KINGVISION PAY-PER-VIEW, LTD.,

      Plaintiff,

v.

JUAN VALLES-SALCEDO,
ELVIRA GUTIERREZ AND
FRANCISCA DIAZ, individually and d/b/a
ANGEL'S TAQUERIAS d/b/a
3 HERMANOS RESTAURANT,

      Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Upon review of the recommendation of United States Magistrate Judge Michael

E. Hegarty, filed February 12, 2008, and the findings and conclusions of law contained

therein which this Court adopts by this reference, excepting for the second paragraph

of page four referring to Defendant Rosales and Defendant Los Alanzanes Restaurant

and Lounge, which is a paragraph unrelated to this case and apparently included by

mistake in the recommendation, it is

ORDERED that the Clerk shall enter judgment for the plaintiff and against the

defendants as set forth by the Magistrate Judge.

Dated: February 28th, 2008

                     BY THE COURT:

                     s/Richard P. Matsch

                     _____

                     Richard P. Matsch, Senior District Judge